# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00011-CV

**Teddy J. Staub, Orlena Mehrabian, Hossain Mehrabian, Luciano Rivera, and Mary Jo Greenough, Appellants**

**v.**

**The City of Round Rock, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 09-604-C368, HONORABLE RICK J. KENNON, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellants have filed third motions for extensions of time to file their briefs.[1] Appellee the City of Round Rock opposes the requests. We grant appellants' motions and extend the deadline to May 23, 2014. No further extensions will be granted, and if appellants' briefs are not filed by that date, appellants will be subject to dismissal from the appeal under rule 42.3. *See* Tex. R. App. P. 42.3(b), (c).

It is ordered May 2, 2014.

Before Justices Puryear, Goodwin, and Field

---

[1] Appellants Teddy Staub, Hossain and Orlena Mehrabian, and Luciano Rivera have retained new counsel, and appellant Mary Jo Greenough has continued with the original attorney, who filed the notice of appeal on behalf of all the appellants. Both attorneys have requested additional time to file their respective briefs.